# AFFIDAVIT OF SERVICE

**State of Nevada**  **County of Clark**  **United States District Court**

Case Number: 2:13-CV-00372

Plaintiff:
Tim Toth,

vs.

Defendant:
Stephens and Michaels Associates, Inc.,

For:
George H. Haines
Haines & Krieger, L.L.C.
1020 Garces
Suite 100
Las Vegas, NV 89101

Received by Legal Express on the 7th day of March, 2013 at 8:29 am to be served on Stephens and Michaels Associates, Inc., Registered Agent, 202 South Minnesota Street, Carson City, NV 89703.

I, Nicholas DiFraia, being duly sworn, depose and say that on the 11th day of March, 2013 at 1:22 pm, I:

SERVED an authorized entity by delivering a true copy of the Summons in a Civil Action, Complaint to Michelle Ellis as Secretary, pursuant to NRS 14.020 as a person of suitable age and discretion at the address of the Registered Agent's office.

Said service was made at the address of: Registered Agent, 202 South Minnesota Street, Carson City, NV 89703.

Affiant is, and was, a citizen of the United States, over 18 years of age, and not a party to, nor interested in, the proceeding in which this affidavit is made.

SIGNED and SWORN TO before me on the 13th day of March, 2013 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Nicholas DiFraia
Process Server

Legal Express
Nevada License 999/999a
911 South 1st Street
Las Vegas, NV 89101
(702) 877-0200
Our Job Serial Number: 2013000443

Service Fee: $38.50



NOTARY PUBLIC
STATE OF NEVADA
County of Washoe
BRENT D PIERCE
Appt. No. 09-10424-2
My Appt. Expires July 7, 2013

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a