Peter Dubowsky, Esq.
Nevada Bar No. 4972
DUBOWSKY LAW OFFICE, CHTD.
330 South Third Street
Suite 680
Las Vegas, Nevada 89101
(702) 360-3500
Fax (702) 360-3515
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIM TOTH | ) Civil Action No.: 2:13-CV-00372-GMN-VCF |
|   Plaintiff, | ) |
| vs. | ) |
| STEPHENS AND MICHAELS ASSOCIATES, INC. | ) |
|   Defendants | ) |

### CERTIFICATE OF INTERESTED PARTIES (LF 7.1-1)

The undersigned counsel for STEPHENS AND MICHAELS ASSOCIATES, INC., certifies that the following have an interest in the outcome of this case:

There are no known interested parties other than those participants in the case.

These representations are made to enable Judges of the Court to evaluate possible disqualifications or recusals.

Dated: March 29, 2013

DUBOWSKY LAW OFFICE, CHTD.

By: _____
Peter Dubowsky, Esq.
Attorney for Defendant

- 1 -