George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
5041 N. Rainbow Blvd.
Las Vegas, Nevada 89130
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: Ghaines@hainesandkrieger.com

Attorneys for Plaintiff,
TIM TOTH

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TIM TOTH,

Plaintiff,

vs.

STEPHENS AND MICHAELS ASSOCIATES, INC.; and DOES 1-10, inclusive,

Defendants.

Case No.: **2:13-cv-00372-GMN-VCF**

**DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER**

Plaintiff TIM TOTH and Defendant STEPHENS AND MICHAELS ASSOCIATES, INC. ("STEPHENS & MICHAELS"), by and through their counsel of record, hereby submit their stipulated Discovery Plan and Scheduling Order pursuant to Federal Rule of Civil Procedure 16 and 26, as well as Local Rule 16 and

26. It is hereby requested that the Court enter the following discovery plan and scheduling order:

**1. Discovery Plan:**

| | |
|---|---|
| Discovery Cut-Off | **9/25/2013** (180 days from the date Defendant filed its Answer, 03/29/2013) |
| Deadline to Amend Pleadings | **7/27/2013** (60 days prior to the close of discovery) |
| Deadline to Disclose Initial Expert | **7/27/2013** (60 days prior to Disclosures the close of discovery) |
| Deadline to Disclose Rebuttal Expert Disclosures | **8/26/2013** (30 days after the Initial Disclosure of Experts) |
| Deadline to File Dispositive Motions | **10/25/2013** (30 days after the close of discovery) |

**2. Interim Status Report:** The parties shall file the interim status report required by LR 26-3 no later than **7/27/2013** or sixty (60) days prior to the close of discovery.

**3. Pre-Trial Order:** The parties shall file a joint pretrial order no later than **11/24/2013** or thirty (30) days after the date set for filing dispositive motions. In the event that parties file dispositive motions, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on the dispositive motions or

further order of the Court. The disclosure required by Federal Rule of Civil Procedure 26(a)(3) and objections thereto shall be made in the pre-trial order.

**4. Initial Disclosures:** The parties shall make initial disclosures on or before **5/28/2013.** Any party seeking damages shall comply Federal Rules of Civil Procedures 26(a)(1)(A)(iii).

**5. Extension of Discovery Deadline**: Requests to extend the discovery deadline set forth in this Discovery Plan and Scheduling Order must be filed with the Court no later than **9/05/2013** or twenty (20) days prior to the close of discovery. Any extension of the discovery deadline will not be allowed without a showing of good cause as to why all discovery was not completed within the time allotted. All motions or stipulations to extend discovery shall be received by the Court at least **twenty-one (21) days** prior to the date fixed for completion of discovery or at least **twenty-one (21) days** prior to the expiration of any extension thereof that may have been approved by the Court. The motion or stipulation shall include:

a. A statement specifying the discovery completed by the parties as of the date of the motion or stipulation;

b. A specific description of the discovery which remains to be completed;

c. The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and,

d. A proposed schedule for the completion of all remaining discovery.

It is not good cause for a later request to extend discovery that the parties informally postponed discovery. No stipulations are effective until approved by the Court, and any stipulation that would interfere with any time set for completion of discovery, for hearing of a motion, or for trial, may be made only with approval of the Court pursuant to LR 7-1(b).

Dated April 4, 2013

/s/ George Haines, Esq.
George Haines, Esq.
5041 N. Rainbow Blvd.
Las Vegas, NV 89130
(702) 880-5554
Ghaines@hainesandkrieger.com

Attorneys for Plaintiff
***TIM TOTH***

/s/ Peter Dubowsky, Esq.
Peter Dubowsky, Esq.

330 South Third Street Suite 680
Las Vegas, NV 89101
(702)360-3500

Attorneys for Defendant
***STEPHENS AND MICHAELS ASSOCIATES, INC.***

**SCHEDULING ORDER**

The above-set stipulated Discovery Plan of the parties shall be the Scheduling Order for this action pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.

IT IS SO ORDERED

________________________________________
United States Magistrate Judge

Dated: __________________