George Haines, Esq.
Bar No. 9411
HAINES & KRIEGER, L.L.C.
8985 South Eastern Avenue, Suite 130
Las Vegas, 89130
Phone: (702) 880-5554 Fax: (702) 385-5518
Email: ghaines@hainesandkrieger.com
Attorney for Plaintiff
Tim Toth

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIM TOTH, | Civil Action No..:  **2:13-cv-00372-GMN-VCF** |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| STEPHENS AND MICHAELS ASSOCIATES, INC.; and MAEGAN JAFFARIAN, inclusive, | |
| Defendants. | |

Pursuant to the Court's Order entered on April 9, 2013, the parties, by and through their counsel of record, hereby submit the following Joint Status Report and state the following:

1. Plaintiff filed his Complaint on March 6, 2013 and Defendant filed its Answer to Plaintiff's Complaint on March 29, 2013. The parties conducted the FRCP 26(f) Conference on April 4, 2013.

2. There are currently no discovery disputes between the parties.

3. There is a pending motion to amend complaint.

4. The parties anticipate that the trial in this matter will last 1 day. Plaintiff intends to file a dispositive or partially dispositive motion following the close of discovery, which, if granted by the Court, would reduce the expected length of the trial. Defendant also intends to file a dispositive or partially dispositive motion following the close of discovery, which, if granted by the Court, would

CLAC 2198064.1

reduce the expected length of the trial. The parties will be available on the following three dates for trial: December 10, 2013, December 11, 2013 and December 12, 2013.

      Respectfully submitted this 7th day of August, 2013.

| HAINES & KRIEGER, LLC | DUBOWSKY LAW OFFICE, CHTD. |
|---|---|
| /s/George Haines | /s/Peter Dubowsky |
| GEORGE HAINES, ESQ. | PETER DUBOWSKY, ESQ. |
| Nevada Bar # 9411 | Nevada Bar # 4972 |
| 8985 South Eastern Avenue, Suite 130 | 330 South Third Street, Suite 520 |
| Las Vegas, Nevada  89123 | Las Vegas, Nevada 89101 |
| (702) 880-5554 | (702) 360-3500 |
| Attorneys for Plaintiff | Attorneys for Defendants |
| TIM TOTH | STEPHENS AND MICHAELS ASSOCIATES, INC. and MAEGAN JAFFARIAN |

CLAC 2198064.1