Peter Dubowsky, Esq.
Nevada Bar No. 4972
DUBOWSKY LAW OFFICE, CHTD.
330 South Third Street, Suite 680
Las Vegas, Nevada 89101
(702) 360-3500
Fax (702) 360-3515
Attorney for Defendants

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TIM TOTH ) <br>       Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEPHENS AND MICHAELS ASSOCIATES,) <br> INC. ) <br> ) <br>       Defendants ) | Case No.: 2:13-CV-00372-GMN-VCF <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO MOTION** <br> **(FIRST REQUEST)** <br><br> **AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the Plaintiff, TIM TOTH, and the attorney for the Defendant, STEPHENS AND MICHAELS ASSOCIATES, INC., that Defendant's time to respond to Plaintiff's Motion for Summary Judgment on Count I of Plaintiff's First Amended Complaint for Violations of the FDCPA, that was filed on October 23, 2013, is hereby extended to December 2, 2013. The reason for the extension is counsel's litigation schedule.

Dated:  November 12, 2013                    Dated:  November 12, 2013

DUBOWSKY LAW OFFICE, CHTD.            HAINES & KRIEGER, LLC

By: /s/Peter Dubowksy                              By: /s/David Krieger
    Peter Dubowsky, Esq.                                David Krieger, Esq.
    Nevada Bar No. 4972                                 Nevada Bar No. 9086
    330 South Third Street                                 8985 South Eastern Avenue
    Suite 680                                                       Suite 130
    Las Vegas, Nevada 89101                           Henderson, Nevada 89123
    Attorney for Defendants                                Attorney for Plaintiff

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
United States District Judge

**DATED:  11/12/13**