UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIM TOTH,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>STEPHENS AND MICHAELS<br>ASSOCIATES, INC.,<br><br>　　　　　　Defendant. | Case 2:13-cv-00372-GMN-VCF<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE CAM FERENBACH** |

　　　　Before the Court for consideration is the Report and Recommendation (ECF No. 15) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered November 12, 2013, regarding Plaintiff's Motion for Summary Judgment *on Count I of Plaintiff's First Amended Complaint* (ECF No. 13), filed on October 23, 2013.

　　　　Pursuant to Local Rule IB 3-2(a), objections to the Report and Recommendation (ECF No. 15) were due by November 30, 2013.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Ferenbach's Recommendations should be **ACCEPTED**.

　　　　**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Summary Judgment *on Count I of Plaintiff's First Amended Complaint for Violations of the FDCPA* (ECF No. 13) is hereby **DENIED as MOOT**.

　　　　**DATED** this 10th day of December, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge