Peter Dubowsky, Esq.
Nevada Bar No. 4972
DUBOWSKY LAW OFFICE, CHTD.
330 South Third Street, Suite 680
Las Vegas, Nevada 89101
(702) 360-3500
Fax (702) 360-3515
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| TIM TOTH | ) | Case No.: 2:13-CV-00372-GMN-VCF |
|     Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO STAY** |
| vs. | ) | **DISCOVERY PENDING OUTCOME OF** |
| | ) | **DEFENDANT'S MOTION TO DISMISS** |
| STEPHENS AND MICHAELS ASSOCIATES, INC..; and MEAGAN JAFFARIAN, inclusive, | ) ) ) | **(FIRST REQUEST)** |
|     Defendants | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the Plaintiff, TIM TOTH, and the attorney for the Defendant STEPHENS AND MICHAELS ASSOCIATES, INC., that discovery shall be stayed, and depositions that have been set shall be vacated, pending the outcome of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint

Dated:  January 7, 2014                              Dated:  January 7, 2014

DUBOWSKY LAW OFFICE, CHTD.                      HAINES & KRIEGER, LLC
By: /s/Peter Dubowsky                            By: /s/David Krieger
    Peter Dubowsky, Esq.                             David Krieger, Esq.
    Nevada Bar No. 4972                              Nevada Bar No. 9086
    330 South Third Street                           8985 South Eastern Avenue
    Suite 680                                        Suite 130
    Las Vegas, Nevada 89101                          Henderson, Nevada 89123
    Attorney for Defendants                          Attorney for Plaintiff

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE
DATED:
Case No.: 2:13-CV-00372-GMN-VCF

- 1