UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TIM TOTH,<br><br>        Plaintiff(s),<br><br>vs.<br><br>STEPHENS AND MICHAELS ASSOCIATES, INC., et al.,<br><br>        Defendant(s). | 2:13−cv−00372−GMN−VCF<br><br><br>March 12, 2014 |

NOTICE REGARDING INTENTION TO DISMISS PURSUANT TO
RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE

To:  Tim Toth

Federal Rule of Civil Procedure 4(m) provides, in part, as follows:

> ". . . If a defendant is not served within 120 days after the complaint is filed, the court − on motion or on its own after notice to the plaintiff − must dismiss the action without prejudice against the defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. . ."

    Be Advised the official record in this action reflects the Amended Complaint was filed herein on 11/13/2013.  Further, to date there has been no proof of service filed as to the following parties: Maegan Jaffarian.

    Notice is hereby given that this action shall be dismissed without prejudice as to said party(ies) unless on or before **04/11/2014** there is filed with the clerk proof of service on the above-named party(ies), which service must have taken place prior to the expiration of the 120−day time limit set forth in Fed.R.Civ.P. 4(m), or good cause is shown why such service was not made in that period.

    Failure to comply with this Notice shall result in automatic dismissal of the action without prejudice as to said party(ies).

                                            LANCE S. WILSON, CLERK

                                            By: /s/ Melissa Johansen
                                                       Deputy Clerk