David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiffs,
TIM TOTH

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIM TOTH,<br><br>                Plaintiff,<br><br>       vs.<br><br>STEPHENS AND MICHAELS ASSOCIATES, INC.; and MEAGAN JAFFARIAN and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  **2:13-cv-00372-GMN-VCF**<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES AND STAYING THIS ACTION**<br><br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the

Plaintiff, TIM TOTH, and the attorney for the Defendant STEPHENS AND MICHAELS

…

…

…

…

…

…

…

…

…

…

…

- 1 -

- 2 -

ASSOCIATES, INC., that discovery shall be stayed, and depositions that have been set shall be vacated, pending the outcome of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.

Dated: May 8, 2014

| /s/ David H. Krieger, Esq. | /s/ Peter Dubowsky, Esq., Esq. |
|---|---|
| David H. Krieger, Esq. | Peter Dubowsky, Esq., Esq. |
| 5041 N. Rainbow Blvd. | 330 South Third Street  Suite 680 |
| Las Vegas, NV 89130 | Las Vegas, NV 89101 |
| (702) 880-5554 | (702)360-3500 |
| dkrieger@hainesandkrieger.com | ☐☐ |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| **TIM TOTH** | **STEPHENS AND MICHAELS ASSOCIATES, INC.** |

## SCHEDULING ORDER

The above-set stipulation shall amended the May 10, 2013 Scheduling Order for this action.

**IT IS SO ORDERED**

_____
United States Magistrate Judge

Dated: _____