# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TIM TOTH, | 2:13-cv -00372-GMN-VCF |
| Plaintiff, | |
| vs. | **ORDER GRANTING LIMITED STAY OF DISCOVERY** |
| STEPHENS AND MICHAELS ASSOCIATES, INC., *et al.*, | |
| Defendants. | |

Before the Court is the Stipulation and Order Extending Discovery Deadlines and Staying this Action. (#30).

The stay requested by the parties does not set a date certain for lifting the stay and will not be approved in that form.

Good Cause Appearing,

IT IS HEREBY ORDERED that all discovery is STAYED in this case until the earlier of twenty (20) days after Defendants file an answer to the First Amended Complaint or September 8, 2014;

IT IS FURTHER ORDERED that the parties will not be required to file an amended proposed Discovery Plan and Scheduling Order until the earlier of twenty (20) days after Defendants file an answer or September 8, 2014;

IT IS FURTHER ORDERED that after August 25, 2014, the parties may file a stipulation to

…

further stay discovery, if the case is still pending and the Defendants have not filed an answer to the First Amended Complaint at the time of filing the new stipulation.

DATED this 9th day of May, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE