Peter Dubowsky, Esq.
Nevada Bar No. 4972
DUBOWSKY LAW OFFICE, CHTD.
330 South Third Street, Suite 680
Las Vegas, Nevada 89101
(702) 360-3500
Fax (702) 360-3515
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| TIM TOTH | ) | Case No.: 2:13-CV-00372-GMN-VCF |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL OF COUNT III AND COUNT IV OF PLAINTIFF'S FIRST AMENDED COMPLAINT WITH PREJUDICE** |
| vs. | ) | |
| | ) | |
| STEPHENS AND MICHAELS ASSOCIATES, INC.; and MEAGAN JAFFARIAN, inclusive, | ) | **AND ORDER** |
| | ) | |
| Defendants | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the Plaintiff, TIM TOTH, and the attorney for the defendant, STEPHENS AND MICHAELS ASSOCIATES, INC., that of the Plaintiff's First Amended Complaint, that was filed on November 13, 2013, Count III (Negligent Violations of the Telephone Consumer Protection Act U.S.C. § 227, *et seq.*) and Count IV (Knowing and/or Willful Violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*), be dismissed with prejudice.

Dated: November 4, 2014                          Dated: November 4, 2014

DUBOWSKY LAW OFFICE, CHTD.                       HAINES & KRIEGER, LLC

By: /s/Peter Dubowsky                            By: /s/David Krieger
    Peter Dubowsky, Esq.                             David Krieger, Esq.
    330 South Third Street                           8985 South Eastern Avenue
    Suite 680                                        Suite 130
    Las Vegas, Nevada 89101                          Las Vegas, Nevada 89123
    Attorney for Defendant                           Attorney for Plaintiff
    Stephens & Michaels Associates, Inc.

Dated this _____ day of November, 2014

                IT IS SO ORDERED

                _____
                United States District Judge

- 1