David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Tel: (702) 880-5554
Fax: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*
*TIM TOTH*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TIM TOTH,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHENS AND MICHAELS ASSOCIATES, INC.,<br><br>    Defendant. | Case No. : 2:13-cv-00372-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANT SMA'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FDCPA; AND SMA'S COUNTERMOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

   Plaintiff TIM TOTH ("Plaintiff") and Defendant STEPHENS AND MICHAELS ASSOCIATES, INC. ("Defendant") hereby stipulate and agree as follows:

   1.   On November 20, 2014, Plaintiff filed a Motion for Summary Judgment in this matter (the "Motion").

-1-

2.      Defendant timely filed its Response and Countermotion for Summary Judgment on December 12, 2014.

3.      Plaintiff's Reply is currently due by December 29, 2014.

4.      The parties are currently engaged in settlement discussions to resolve the pending matter and accordingly request that Plaintiff's response be continued to January 28, 2015.

5.      In the event the parties resolve this matter prior to January 28, 2015, the parties will file a Notice of Settlement with this Court.

IT IS SO STIPULATED.

Dated December 23, 2014.                    Dated December 23, 2014.


/s/ David H. Krieger, Esq.                  /s/ Peter Dubowsky, Esq.
David H. Krieger, Esq.                      Peter Dubowsky, Esq.
Haines & Krieger, LLC                       330 South Third Street  Suite 680
8985 S. Eastern Avenue, Suite 130           Las Vegas, NV 89101
Henderson, Nevada 89123

*Attorneys for Plaintiff*                   *Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE
DATED: _____