Peter Dubowsky, Esq.
Nevada Bar No. 4972
DUBOWSKY LAW OFFICE, CHTD.
330 South Third Street, Suite 680
Las Vegas, Nevada 89101
(702) 360-3500
Fax (702) 360-3515
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIM TOTH ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 2:12-CV-00372-GMN-VCF |
| ) | |
| vs. ) | **STIPULATION TO CONTINUE SETTLEMENT** |
| ) | **CONFERENCE** |
| STEPHENS AND MICHAELS ASSOCIATES, INC. ) | |
| ) | **AND ORDER** |
| Defendants ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the Plaintiff, TIM TOTH, and the attorney for the Defendant, STEPHENS AND MICHAELS ASSOCIATES, INC., to continue the Settlement Conference to June 22, 23, 24, 29 or 30, 2015. Defendant STEPHENS AND MICHAELS ASSOCIATES, INC.'s Principal is in trial in New Hampshire on April 24, 2015, and is unavailable for the date scheduled in the March 3, 2015 Order.

Dated: March 27, 2015                                         Dated: March 27, 2015

DUBOWSKY LAW OFFICE, CHTD.                      HAINES & KRIEGER, LLC

By: /s/Peter Dubowsky                                          By: /s/David Krieger
    Peter Dubowsky, Esq.                                          David Krieger, Esq.
    330 South Third Street                                         8985 South Eastern Avenue
    Suite 680                                                              Suite 130
    Las Vegas, Nevada 89101                                   Las Vegas, Nevada 89123
    Attorney for Defendant                                        Attorney for Plaintiff
    Stephens & Michaels Associates, Inc.

Dated this ____ day of March, 2015

IT IS SO ORDERED

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

- 1