UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIM TOTH,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>STEPHENS AND MICHAELS ASSOCIATES, INC. AND MAEGAN JAFFARIAN,<br><br>　　　　　Defendants. | Case No.: 2:13-cv-00372-GMN-VCF |

**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to Fed. R. Civ. P. 4(m),

**IT IS THEREFORE ORDERED** that the action is hereby **DISMISSED without prejudice** as to **Defendant Maegan Jaffarian**.

**DATED** this 5th day of June, 2015.

_____
Gloria M. Navarro
Chief United States District Judge